Opinion issued December 30, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00853-CV

————————————

## IN RE TASF, LLC D/B/A TURNAROUND SPECIAL FORCES, LLC, EDDIE GARZA, CLINT DEWISPELAERE, ALEX CASTILLO, AND JOHN RUFF, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, TASF, LLC d/b/a Turnaround Special Forces, LLC, Eddie Garza,

Clint Dewispelaere, Alex Castillo, and John Ruff, have filed a petition for writ of

mandamus and a motion for emergency relief concerning the trial court's temporary restraining order signed on December 18, 2020.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Kelly and Hightower.

---

[1] The underlying case is *Turn2 Specialty Companies, LLC v. TASF, LLC d/b/a Turnaround Special Forces, LLC, Eddie Garza, Clint Dewispelaere, Alex Castillo, John Ruff, and Enriqueta Diosdado*, cause number 2020-80734, pending in the 281st District Court of Harris County, Texas, the Honorable Michael Landrum presiding.